FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 JAN 26 AM 11: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,   )<br>                              )<br>     v.                    )<br>                              )<br>LATOYA L. FASTHORSE,   )<br>                              )<br>           Defendant.  ) | 4:11CB3006<br><br><br><br><br>MOTION AND ORDER TO<br>DISMISS |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss Violation Notices #W1157733 and W1157734 at the request of the case agent and because the defendant is currently serving a sentence in the custody of the Bureau of Indian Affairs.

Dated this 25th day of January, 2012.

UNITED STATES OF AMERICA

By:  DEBORAH R. GILG
     United States Attorney
     District of Nebraska

And: *(signature)*
     ALAN L. EVERETT #15387
     Assistant U. S. Attorney
     487 Federal Building
     100 Centennial Mall North
     Lincoln, Nebraska 68508
     Telephone: (402) 437-5241

IT IS SO ORDERED this 26 day of January, 2012.

BY THE COURT:

*(signature)*
CHERYL R. ZWART
United States Magistrate Judge