FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 JAN 26 AM II: 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
) 4:11CB3006
Plaintiff, )
)
v. )
)
LATOYA L. FASTHORSE, ) MOTION AND ORDER TO
) DISMISS
Defendant. )

COMES NOW the United States, by and through the undersigned Assistant United States

Attorney, and moves the Court to dismiss Violation Notices #W1157733 and W1157734 at the

request of the case agent and because the defendant is currently serving a sentence in the custody of

the Bureau of Indian Affairs.

Dated this 25th day of January, 2012.

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

IT IS SO ORDERED this 26 day of January, 2012.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge